AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*   DISTRICT OF   NEVADA

KENNETH R. FARRIS,

    Plaintiff,

v.

NEVADA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:16-cv-00404-RCJ-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint (ECF No. 1-1) in its entirety is DISMISSED with prejudice, as amendment would be futile.

**IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

February 16, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk